**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cv-01963-RSM |
| Plaintiff, | ORDER |
| v. | |
| JOSEPH W. ZACKUSE, SPECIALIZED LOAN SERVICING LLC, SHELLPOINT MORTGAGE SERVICING, | |
| Defendants. | |

In consideration of the United States' Motion to Conduct Limited Early Discovery and Extend Time to Serve Specialized Loan Servicing LLC, and for good cause shown, the Court ORDERS:

A) The motion is GRANTED.

B) The United States may serve early discovery on the relevant parties to determine whether Specialized Loan Servicing LLC may have an interest in the real property at issue.

C) The date by which Specialized Loan Servicing LLC is to be served is extended to March 9, 2026.

DATED this 29th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
NO. 2:25-CV-01963-RSM

2