**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cv-01963-RSM |
| Plaintiff, | **STIPULATED MOTION BETWEEN THE UNITED STATES AND SHELLPOINT MORTGAGE SERVICING REGARDING LIEN PRIORITY** |
| v. | |
| JOSEPH W. ZACKUSE, ET AL., | |
| Defendants. | |

Pursuant to LCR 10(g), the United States and Shellpoint Mortgage Servicing ("Shellpoint"), through undersigned counsel, stipulate as follows:

1. On October 10, 2025, the United States filed this action to reduce to judgment federal income tax assessments for years 2007, 2009, 2010, 2011, 2013, 2014, 2015, 2016, 2017, and 2021 against Defendant Joseph W. Zackuse, and to foreclose the federal

1

tax liens on the real property commonly known as 131 92nd St. NE, Marysville, WA 98270 (A.P.N.: 300413-004-005-00) ("Subject Property"). *See* ECF No. 1.

2. On December 3, 2025, the United States amended the complaint, adding Shellpoint as a party. *See* ECF No. 4.

3. This stipulation is made in regard to the Subject Property.

4. The Subject Property is more particularly described and identified as follows:

Lot 19 of Survey recorded under Auditor's File No. 7804250203, records of Snohomish County, being a portion of the South half of the Southeast quarter of Section 13, Township 30 North, Range 4 East, W.M.
Situate in the County of Snohomish, State of Washington.

Assessor's Property Tax Parcel/Account Number(s): 30041300400500

Subject to easements, restrictions, reservations, covenants and conditions of record and by this reference made a part hereof.

5. The United States named Shellpoint as a defendant under 26 U.S.C. § 7403(b) because Shellpoint may claim an interest in the Subject Property. The United States claims no monetary relief against Shellpoint.

6. The United States asserts that federal tax liens for years 2007, 2009, 2010, 2011, 2013, 2014, 2015, 2016, 2017, and 2021 encumber the Subject Property. These federal tax liens are identified in the table accompanying paragraph 17 of the amended Complaint. *See* ECF No. 4 ¶ 17. The United States recorded notices of the federal tax liens with the Snohomish County Assessor as follows:

STIPULATED MOTION
NO. 2:25-CV-01963-RSM

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
P.O. BOX 683, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 307-6814

2

| Lien Holder | Tax Year | Co. Docket No. | Recording Date | Refiling Date | Amount |
|---|---|---|---|---|---|
| IRS | 2007 | 228292016 | 9/14/2016 | 11/11/2025 | $34,063.91 |
| IRS | 2009 | 155351315 | 4/30/2015 | 03/04/2025 | $14,018.92 |
| IRS | 2010 | 228292016 | 10/26/2015 | 11/25/2025 | $41,321.76 |
| IRS | 2011 | 228292016 | 10/26/2015 | 11/25/2025 | $30,530.97 |
| IRS | 2013 | 242321816 | 12/27/2016 | 12/07/2026 | $6,048.12 |
| IRS | 2014 | 242321816 | 12/27/2016 | 12/07/2026 | $24,654.61 |
| IRS | 2015 | 242321816 | 12/27/2016 | 12/21/2026 | $798.84 |
| IRS | 2016 | 430008921 | 12/27/2016 | 10/04/2027 | $19,203.34 |
| IRS | 2017 | 430008921 | 05/03/2021 | 07/04/2028 | $11,746.86 |
| IRS | 2021 | 467111023 | 02/08/2021 | 12/28/2032 | $3,581.76 |

7. Shellpoint may have a lien against the Subject Property for a residential mortgage loan taken out by Joseph W. Zackuse for $184,250 with Golf Savings Bank.

8. The residential mortgage lien was noticed as a deed of trust recorded September 29, 2003, Instrument 200309291685, with the Snohomish County Assessor.

9. After reassignments and an acquisition, Shellpoint (business name for Newrez LLC) holds the residential mortgage lien pursuant to the assignment of the deed of trust recorded February 20, 2019, Instrument 201902200335, with the Snohomish County Assessor.

10. The outstanding balance of the residential mortgage loan is $35,001.40 as of March 20, 2026.

STIPULATED MOTION
NO. 2:25-CV-01963-RSM

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
P.O. BOX 683, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 307-6814

3

11. Under RCW § 61.12.190, Shellpoint's interest in the Subject Property is senior to the United States' federal tax liens above.

12. The United States shall include in this proposed order of sale a provision that the net proceeds of the sale (after the costs and expenses of sale are paid) shall be applied towards the satisfaction of the residential mortgage loan to Shellpoint, if any, prior to any distribution to the United States on account of its federal tax liens.

13. If the United States or Shellpoint cannot stipulate to the amounts of their respective liens, the Court may hold an evidentiary hearing to determine these amounts.

14. Should the Court permit the sale of the Subject Property, and if Shellpoint has an extant residential mortgage lien on the Subject Property at the time of any sale of the Subject Property, Shellpoint agrees to provide the United States with its claimed balance within ten (10) business days of a request from the United States directed to counsel for Shellpoint.

15. The United States and Shellpoint respectfully request an order confirming the foregoing.

Dated: March 27, 2026

STIPULATED MOTION
NO. 2:25-CV-01963-RSM

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
P.O. BOX 683, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 307-6814

4

Respectfully submitted,

BRETT A. SCHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,

/s/ Nandini Singh
**NANDINI SINGH**
Tax Litigation Branch, Civil Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6814
Nandini.Singh@usdoj.gov
*Counsel for the United States of America*

/s/ David Steadmon
**DAVID STEADMON**
Houser LLP
9970 Research Dr.
Irvine, CA 92618
*Counsel for Shellpoint Mortgage Servicing*

IT IS SO ORDERED.

DATED this 3rd day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION
No. 2:25-CV-01963-RSM

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
P.O. BOX 683, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 307-6814

5